Affirm, Inc.
Attn: Bankruptcy Attn: Bankruptcy
30 Isabella St , Floor 4
Pittsburgh, PA 15212

American Heritage Federal
Credit Union
Attn: Bankruptcy 2060 Red Lion Road
Philadelphia, PA 19115

AmSher Collection Services
4524 Southlake Parkway Suite 15
Birmingham, AL 35244

Aspire Credit Card
Attn: Bankruptcy
PO Box 105555
Atlanta, GA 30348-5555

Bank of America
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634

Barclays
Attn: Bankruptcy
PO Box 8801
Wilmington, DE 19899-8801

BMW Financial Services
Attn: Bankruptcy
PO Box 3608
Dublin, OH 43016-0306

Capital One
P.O. Box 30285
Salt Lake City, UT 84130

Capital One/Walmart
Attn: Bankruptcy
P.O. Box 30285
Salt Lake City, UT 84130-0285


CFNA/Credit First Natl Assoc
Attn: Bankruptcy
PO Box 81315
Cleveland, OH 44181-0315


Cibik Law, P.C.
1500 Walnut Street Suite 900
Philadelphia, PA 19102


Citadel FCU
Attn: Bankruptcy 520 Eagleview Blvd
Exton, PA 19341


Citi Card/Best Buy
Attn: Citicorp Cr Srvs Centralized Bky
PO Box 790040
St Louis, MO 36179-0040


Citibank/The Home Depot
dept St Louis,
Citicorp Credit Srvs/
PO Box 790034
Centralized BkMO63179

City of Philadelphia
Municipal Services Building
1401 John F Kennedy Blvd 5th Floor
Philadelphia, PA 19102-1640


City of Philadelphia
Parking Violation Branch
PO Box 41819
Philadelphia, PA 19101-1819

Comenity Bank/Express
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218


Comenity Bank/Victoria Secret
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218


Comenity Bank/Zales
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218


Comenity/BBBaby
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218


Comenity/Carter
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218


Comenity/MPRC
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218


Continental Finance Company
Attn: Bankruptcy
PO Box 8099
Newark, DE 19714-8099


Credit One Bank
Attn: Bankruptcy Department
PO Box 98873
Las Vegas, NV 89193

Discover Financial
Attn: Bankruptcy
PO Box 3025
New Albany, OH 43054

Dsnb Bloomingdales
Attn: Recovery "Bk"
PO Box 9111
Mason, OH 45040

Fortiva
Attn: Bankruptcy
PO Box 105555
Atlanta, GA 30348

Genesis FS Card Services
Attn: Bankruptcy
PO Box 4477
Beaverton, OR 97076

Goldman Sachs Bank USA
Attn: Bankruptcy
PO Box 70379
Philadelphia, PA 19176

Huntingdon Valley Bank
2617 Huntingdon Valley Pike
Huntingdon Valley, PA 19006

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Lendmark Financial Services
Attn: Bankruptcy Attn: Bankruptcy
1735 North Brown Rd , Ste 300
Lawrenceville, OH 30043

Macys/fdsb
Attn: Bankruptcy
9111 Duke Boulevard
Mason, OH 45040


Mariner Finance
Attn: Bankruptcy 8211 Town Center Drive
Nottingham, MD 21236


Mercedes - Benz Financial Services
Attn: Bankruptcy
P.O. Box 685
Roanoke, TX 76262

Nissan Motor Acceptance Corp/Infiniti
Attn: Bankruptcy
PO Box 660360
Dallas, TX 75266-0360

OneMain Financial
PO Box 3251
Evansville, IN 47731-3251


Peco Energy
2301 Market St N 3-1
Philadelphia, PA 19103-1338


Pennsylvania Attorney General
16th Floor, Strawberry Square
Harrisburg, PA 17120


Pennsylvania Department of Revenue
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

Pennsylvania Office of
General Counsel
333 Market St Fl 17
Harrisburg, PA 17101-2210

PennyMac Loan Services, LLC
Po Box 514387
Los Angeles, CA 90051-4387

Petal Card Inc
Attn: Bankruptcy
MSC _ 166931 PO Box 105168
Atlanta, GA 30348

PGW
Legal
800 W. Montgomery Avenue Dept. 4th
Floor
Philadelphia, PA 19122

Philadelphia Co Drs
34 S 11th St Rm 304
Philadelphia, PA 19107

Philadelphia Municipal Court
Traffic Division
800 Spring Garden Street
Philadelphia, PA 19123

Philadelphia Parking
Authority
Bankruptcy Department
701 Market St
Philadelphia, PA 19106-1538

Sunbit
Attn: Bankruptcy 10880 Wilshire Blv Suite
870
Los Angeles, CA 90024

Sunrise Credit Services, Inc.
Attn: Bankruptcy 260 Airport Plaza
Farmingdale, NY 11735

Syncb/car Care Pep B
Attn: Bankruptcy
P.O. Box 965060
Orlando, FL 32896-5060

Synchrony Bank
Attn: Bankruptcy Dept.
PO Box 965064
Orlando, FL 32896-5064

Synchrony Bank/Amazon
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

Synchrony Bank/Care Credit
Attn: Bankruptcy Dept
PO Box 965064
Orlando, FL 32896-5060

Synchrony Bank/Lowes
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896

Target NB
C/O Financial & Retail Services
Mailstop BT PO Box 9475
Minneapolis, MN 55440

Trumark Financial Credit Union
Attn: Bankruptcy 335 Commerce Dr
Fort Washington, PA 19034

U.S. Attorney, Eastern District
of Pa.
615 Chestnut St Ste 1250
Philadelphia, PA 19106-4404


U.S. Bankcorp
Attn: Bankruptcy
800 Nicollet Mall
Minneapolis, MN 55402-7000


U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530-0009


Uplift, Inc.
Attn: Bankruptcy
440 N Wolfe Rd
Sunnyvale, CA 94085