United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-12424-amc |
| Dayshawn Dametrie Anslem | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 6 |
| Date Rcvd: Sep 21, 2023 | Form ID: 309I | Total Noticed: 76 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Dayshawn Dametrie Anslem, 7661 Fillmore Street, Philadelphia, PA 19111-2414 |
| 14807754 | + | Cibik Law, P.C., 1500 Walnut Street Suite 900, Philadelphia, PA 19102-3518 |
| 14807771 | | Huntingdon Valley Bank, 2617 Huntingdon Valley Pike, Huntingdon Valley, PA 19006 |
| 14816504 | + | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14816506 | | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14807782 | + | Philadelphia Co Drs, 34 S 11th St Rm 304, Philadelphia, PA 19107-3623 |
| 14816511 | + | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14816522 | | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: mail@cibiklaw.com | Sep 21 2023 23:45:00 | MICHAEL A. CIBIK, Cibik Law, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102 |
| tr | | Email/Text: Info@ReadingCh13.com | Sep 21 2023 23:46:00 | SCOTT F. WATERMAN [Chapter 13], Chapter 13 Trustee, 2901 St. Lawrence Ave., Suite 100, Reading, PA 19606 |
| smg | | Email/Text: megan.harper@phila.gov | Sep 21 2023 23:46:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Sep 22 2023 03:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 21 2023 23:46:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Sep 21 2023 23:46:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| 14807744 | + | Email/Text: backoffice@affirm.com | Sep 21 2023 23:46:00 | Affirm, Inc., Attn: Bankruptcy Attn: Bankruptcy, 30 Isabella St , Floor 4, Pittsburgh, PA 15212-5862 |
| 14807746 | + | EDI: AMSHER.COM | Sep 22 2023 03:42:00 | AmSher Collection Services, 4524 Southlake Parkway Suite 15, Birmingham, AL 35244-3271 |
| 14807745 | + | Email/Text: broman@amhfcu.org | Sep 21 2023 23:46:00 | American Heritage Federal Credit Union, Attn: Bankruptcy 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 14807747 | | Email/Text: Atlanticus@ebn.phinsolutions.com | Sep 21 2023 23:45:00 | Aspire Credit Card, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |

| Record | Method | Date/Time | Recipient |
|---|---|---|---|
| 14816472 | EDI: BMW.COM | Sep 22 2023 03:42:00 | BMW Financial Services, Attn: Bankruptcy, PO Box 3608, Dublin, OH 43016-0306 |
| 14807750 | EDI: BMW.COM | Sep 22 2023 03:42:00 | BMW Financial Services, Attn: Bankruptcy/Correspondence, PO Box 3608, Dublin, OH 43016-0306 |
| 14807748 | + EDI: BANKAMER.COM | Sep 22 2023 03:42:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14807749 | EDI: TSYS2 | Sep 22 2023 03:42:00 | Barclays, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 14807753 | EDI: CRFRSTNA.COM | Sep 22 2023 03:42:00 | CFNA/Credit First Natl Assoc, Attn: Bankruptcy, PO Box 81315, Cleveland, OH 44181-0315 |
| 14816480 | Email/Text: megan.harper@phila.gov | Sep 21 2023 23:46:00 | City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd 5th Floor, Philadelphia, PA 19102-1640 |
| 14816993 | Email/Text: cfcbackoffice@contfinco.com | Sep 21 2023 23:46:00 | Continental Finance Co., Attn: Bky, PO Box 8099, Newark, DE 19714-8099 |
| 14807764 | Email/Text: cfcbackoffice@contfinco.com | Sep 21 2023 23:46:00 | Continental Finance Company, Attn: Bankruptcy, PO Box 8099, Newark, DE 19714-8099 |
| 14807751 | + EDI: CAPITALONE.COM | Sep 22 2023 03:42:00 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14807752 | EDI: CAPITALONE.COM | Sep 22 2023 03:42:00 | Capital One/Walmart, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14807755 | + Email/Text: bankruptcycollections@citadelbanking.com | Sep 21 2023 23:46:00 | Citadel FCU, Attn: Bankruptcy 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14807756 | + EDI: CITICORP.COM | Sep 22 2023 03:42:00 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bky, PO Box 790040, St Louis, MO 63179-0040 |
| 14810785 | EDI: Q3G.COM | Sep 22 2023 03:42:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 14816481 | Email/Text: bankruptcy@philapark.org | Sep 21 2023 23:46:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14807758 | + EDI: WFNNB.COM | Sep 22 2023 03:42:00 | Comenity Bank/Express, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14807759 | + EDI: WFNNB.COM | Sep 22 2023 03:42:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14807760 | + EDI: WFNNB.COM | Sep 22 2023 03:42:00 | Comenity Bank/Zales, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14807761 | + EDI: WFNNB.COM | Sep 22 2023 03:42:00 | Comenity/BBBaby, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14807762 | + EDI: WFNNB.COM | Sep 22 2023 03:42:00 | Comenity/Carter, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14807763 | + EDI: WFNNB.COM | Sep 22 2023 03:42:00 | Comenity/MPRC, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14807765 | + Email/PDF: creditonebknotifications@resurgent.com | Sep 21 2023 23:47:10 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14807767 | + EDI: CITICORP.COM | Sep 22 2023 03:42:00 | Dsnb Bloomingdales, Attn: Recovery 'Bk', PO Box 9111, Mason, OH 45040 |
| 14807773 | + EDI: CITICORP.COM | Sep 22 2023 03:42:00 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14816994 | + EDI: CITICORP.COM | Sep 22 2023 03:42:00 | Macys/fdsb, Attn: Bky., 9111 Duke Blvd., Mason, OH 45040 |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| 14814905 | EDI: DISCOVER.COM | Sep 22 2023 03:42:00 | Discover Bank, P.O. Box 3025, New Albany, Oh 43054-3025 |
| 14807766 | + EDI: DISCOVER.COM | Sep 22 2023 03:42:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 14807768 | + Email/Text: Atlanticus@ebn.phinsolutions.com | Sep 21 2023 23:45:00 | Fortiva, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 14807769 | + EDI: PHINGENESIS | Sep 22 2023 03:42:00 | Genesis FS Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 14807770 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Sep 21 2023 23:46:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, PO Box 70379, Philadelphia, PA 19176-0379 |
| 14816496 | EDI: IRS.COM | Sep 22 2023 03:42:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14815992 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 21 2023 23:47:10 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14807772 | ^ MEBN | Sep 21 2023 23:40:56 | Lendmark Financial Services, Attn: Bankruptcy Attn: Bankruptcy, 1735 North Brown Rd , Ste 300, Lawrenceville, OH 30043-8228 |
| 14807774 | + Email/Text: bankruptcy@marinerfinance.com | Sep 21 2023 23:46:00 | Mariner Finance, Attn: Bankruptcy 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14807775 | + EDI: MERCEDES | Sep 22 2023 03:42:00 | Mercedes - Benz Financial Services, Attn: Bankruptcy, P.O. Box 685, Roanoke, TX 76262-0685 |
| 14807776 | Email/Text: NissanBKNotices@nationalbankruptcy.com | Sep 21 2023 23:46:00 | Nissan Motor Acceptance Corp/Infiniti, Attn: Bankruptcy, PO Box 660360, Dallas, TX 75266-0360 |
| 14807777 | EDI: AGFINANCE.COM | Sep 22 2023 03:42:00 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14807781 | ^ MEBN | Sep 21 2023 23:41:15 | PGW, Legal, 800 W. Montgomery Avenue Dept. 4th Floor, Philadelphia, PA 19122-2806 |
| 14807778 | + Email/Text: bankruptcygroup@peco-energy.com | Sep 21 2023 23:46:00 | Peco Energy, 2301 Market St N 3-1, Philadelphia, PA 19103-1380 |
| 14816505 | EDI: PENNDEPTREV | Sep 22 2023 03:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14816505 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 21 2023 23:46:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14816507 | Email/PDF: ebnotices@pnmac.com | Sep 21 2023 23:48:31 | PennyMac Loan Services, LLC, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14815820 | + Email/PDF: ebnotices@pnmac.com | Sep 21 2023 23:47:11 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14807780 | + Email/Text: bankruptcy@petalcard.com | Sep 21 2023 23:46:18 | Petal Card Inc, Attn: Bankruptcy, MSC _ 166931 PO Box 105168, Atlanta, GA 30348-5168 |
| 14816512 | + Email/Text: bankruptcy@philapark.org | Sep 21 2023 23:46:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1540 |
| 14807783 | Email/Text: bankruptcy@sunbit.com | Sep 21 2023 23:45:00 | Sunbit, Attn: Bankruptcy 10880 Wilshire Blv Suit, Los Angeles, CA 90024 |
| 14816995 | Email/Text: bankruptcy@sunbit.com | Sep 21 2023 23:45:00 | Sunbit, Attn: Bky, 10880 Wilshire Blvd., Ste. 870, Los Angeles, CA 90024 |
| 14807784 | + Email/Text: bankruptcy@sunrisecreditservices.com | Sep 21 2023 23:46:00 | Sunrise Credit Services, Inc., Attn: Bankruptcy 260 Airport Plaza, Farmingdale, NY 11735-3946 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14807785 | | EDI: RMSC.COM | Sep 22 2023 03:42:00 | Syncb/car Care Pep B, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14807786 | | EDI: RMSC.COM | Sep 22 2023 03:42:00 | Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965064, Orlando, FL 32896-5064 |
| 14807787 | | EDI: RMSC.COM | Sep 22 2023 03:42:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14807788 | | EDI: RMSC.COM | Sep 22 2023 03:42:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5060 |
| 14807789 | + | EDI: RMSC.COM | Sep 22 2023 03:42:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14808613 | + | EDI: AIS.COM | Sep 22 2023 03:42:00 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14807790 | + | EDI: WTRRNBANK.COM | Sep 22 2023 03:42:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14807791 | + | Email/Text: dbogucki@trumark.org | Sep 21 2023 23:46:00 | Trumark Financial Credit Union, Attn: Bankruptcy 335 Commerce Dr, Fort Washington, PA 19034-2701 |
| 14807792 | | EDI: USBANKARS.COM | Sep 22 2023 03:42:00 | U.S. Bankcorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 14816524 | ^ | MEBN | Sep 21 2023 23:41:01 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14816997 | | Email/Text: bankruptcies@uplift.com | Sep 21 2023 23:45:00 | Uplift Inc., Attn: Bky., 440 N. Wolfe Rd., Sunnyvale, CA 94085 |
| 14807793 | | Email/Text: bankruptcies@uplift.com | Sep 21 2023 23:45:00 | Uplift, Inc., Attn: Bankruptcy, 440 N Wolfe Rd, Sunnyvale, CA 94085 |
| 14807019 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Sep 21 2023 23:47:36 | U.S. Department of Housing and Urban Development, 100 Penn Square East, Philadelphia, PA 19107 |

TOTAL: 70

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14816992 | | Citibank/The Home Depot, Dept. St. Louis, Citicorp Credit Srvs, PO Box 790034, Centralized BkM063179 |
| 14807757 | | Citibank/The Home Depot, dept, St Louis,, Citicorp Credit Srvs/, PO Box 790034, Centralized BkMO63179 |
| 14816479 | | Citibank/The Home Depot, dept, St Louis,, Citicorp Credit Srvs/, PO Box 790034, Centralized BkMO63179 |
| 14807779 | | PennyMac Loan Services, LLC, Unit, Los Angeles,, Attn:, PO Box 514387, CorrespondenceCA90051 |
| 14816466 | *+ | Affirm, Inc., Attn: Bankruptcy Attn: Bankruptcy, 30 Isabella St , Floor 4, Pittsburgh, PA 15212-5862 |
| 14816468 | *+ | AmSher Collection Services, 4524 Southlake Parkway Suite 15, Birmingham, AL 35244-3271 |
| 14816467 | *+ | American Heritage Federal Credit Union, Attn: Bankruptcy 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 14816469 | * | Aspire Credit Card, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 14816470 | *+ | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14816471 | * | Barclays, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 14816475 | * | CFNA/Credit First Natl Assoc, Attn: Bankruptcy, PO Box 81315, Cleveland, OH 44181-0315 |
| 14816488 | *P++ | CONTINENTAL FINANCE COMPANY, PO BOX 3220, BUFFALO NY 14240-3220, address filed with court:, Continental Finance Company, Attn: Bankruptcy, PO Box 8099, Newark, DE 19714-8099 |
| 14816473 | *+ | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14816474 | * | Capital One/Walmart, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14816476 | *+ | Cibik Law, P.C., 1500 Walnut Street Suite 900, Philadelphia, PA 19102-3518 |
| 14816477 | *+ | Citadel FCU, Attn: Bankruptcy 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14816478 | *+ | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bky, PO Box 790040, St Louis, MO 63179-0040 |
| 14816482 | *+ | Comenity Bank/Express, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14816483 | *+ | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |

Case 23-12424-amc   Doc 20   Filed 09/23/23   Entered 09/24/23 00:31:54   Desc Imaged
Certificate of Notice   Page 5 of 8

| District/off: 0313-2 | User: admin | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Sep 21, 2023 | Form ID: 309I | Total Noticed: 76 |

| | | |
|---|---|---|
| 14816484 | *+ | Comenity Bank/Zales, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14816485 | *+ | Comenity/BBBaby, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14816486 | *+ | Comenity/Carter, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14816487 | *+ | Comenity/MPRC, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14816489 | *+ | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14816491 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Dsnb Bloomingdales, Attn: Recovery 'Bk', PO Box 9111, Mason, OH 45040 |
| 14816498 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14816490 | *+ | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 14816492 | *+ | Fortiva, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 14816493 | *+ | Genesis FS Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 14816494 | *+ | Goldman Sachs Bank USA, Attn: Bankruptcy, PO Box 70379, Philadelphia, PA 19176-0379 |
| 14816495 | * | Huntingdon Valley Bank, 2617 Huntingdon Valley Pike, Huntingdon Valley, PA 19006 |
| 14816497 | *+ | Lendmark Financial Services, Attn: Bankruptcy Attn: Bankruptcy, 1735 North Brown Rd , Ste 300, Lawrenceville, OH 30043-8228 |
| 14816499 | *+ | Mariner Finance, Attn: Bankruptcy 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14816500 | *+ | Mercedes - Benz Financial Services, Attn: Bankruptcy, P.O. Box 685, Roanoke, TX 76262-0685 |
| 14816501 | * | Nissan Motor Acceptance Corp/Infiniti, Attn: Bankruptcy, PO Box 660360, Dallas, TX 75266-0360 |
| 14816502 | * | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14816509 | *+ | PGW, Legal, 800 W. Montgomery Avenue Dept. 4th Floor, Philadelphia, PA 19122-2806 |
| 14816503 | *+ | Peco Energy, 2301 Market St N 3-1, Philadelphia, PA 19103-1380 |
| 14816508 | *+ | Petal Card Inc, Attn: Bankruptcy, MSC _ 166931 PO Box 105168, Atlanta, GA 30348-5168 |
| 14816510 | *+ | Philadelphia Co Drs, 34 S 11th St Rm 304, Philadelphia, PA 19107-3623 |
| 14816513 | *P++ | SUNBIT INC, ATTN LEGAL AND COMPLIANCE, PO BOX 24010, LOS ANGELES CA 90024-0010, address filed with court:, Sunbit, Attn: Bankruptcy 10880 Wilshire Blv Suit, Los Angeles, CA 90024 |
| 14816514 | *+ | Sunrise Credit Services, Inc., Attn: Bankruptcy 260 Airport Plaza, Farmingdale, NY 11735-3946 |
| 14816515 | * | Syncb/car Care Pep B, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14816516 | * | Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965064, Orlando, FL 32896-5064 |
| 14816517 | * | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14816518 | * | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5060 |
| 14816519 | *+ | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14816520 | *+ | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14816521 | *+ | Trumark Financial Credit Union, Attn: Bankruptcy 335 Commerce Dr, Fort Washington, PA 19034-2701 |
| 14816523 | * | U.S. Bankcorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 14816525 | *P++ | UPLIFT INC, 5301 KIETZKE LN STE 200, RENO NV 89511-2083, address filed with court:, Uplift, Inc., Attn: Bankruptcy, 440 N Wolfe Rd, Sunnyvale, CA 94085 |

TOTAL: 4 Undeliverable, 47 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2023          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| MARK A. CRONIN | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 6 of 6 |
| Date Rcvd: Sep 21, 2023 | Form ID: 309I | Total Noticed: 76 |

MICHAEL A. CIBIK
    on behalf of Debtor Dayshawn Dametrie Anslem mail@cibiklaw.com  cibiklawpc@jubileebk.net;ecf@casedriver.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Dayshawn Dametrie Anslem<br>First Name    Middle Name    Last Name | Social Security number or ITIN: xxx–xx–4175<br>EIN: __–_____ | |
| Debtor 2:<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN: ____<br>EIN: __–_____ | |
| United States Bankruptcy Court: | Eastern District of Pennsylvania | Date case filed for chapter: 13    8/11/23 | |
| Case number: | 23–12424–amc | | |

Official Form 309I

## Notice of Chapter 13 Bankruptcy Case

10/20

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Dayshawn Dametrie Anslem | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 7661 Fillmore Street<br>Philadelphia, PA 19111–2414 | |
| 4. | **Debtor's attorney**<br>Name and address | MICHAEL A. CIBIK<br>Cibik Law, P.C.<br>1500 Walnut Street<br>Suite 900<br>Philadelphia, PA 19102 | Contact phone 215–735–1060<br><br>Email: mail@cibiklaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | SCOTT F. WATERMAN [Chapter 13]<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606 | Contact phone (610) 779–1313<br><br>Email: ECFMail@ReadingCh13.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office –– 9:00 A.M. to 4:00 P.M;<br>Reading Office –– 9:00 A.M. to 4:00 P.M.<br><br>Contact phone (215)408–2800<br><br>Date: 9/21/23 |

**For more information, see page 2**

Debtor **Dayshawn Dametrie Anslem**      Case number **23–12424–amc**

| | | |
|---|---|---|
| **7. Meeting of creditors** <br> Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 20, 2023 at 10:00 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. <br> Time is approximate. Due to the nature of these meetings, some may run longer than others. Please stay connected until the meeting is called. | **Location:** <br> **The Mtg of Creditors will be conducted, via video conference. All interested, parties shall contact the Trustee, for connection details.** <br><br> For additional meeting info. go to https://www.justice.gov/ust/moc |
| **8. Deadlines** <br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:** <br> You must file: <br> • a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or <br> • a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 12/19/23** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 10/20/23** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 2/7/24** |
| | **Deadlines for filing proof of claim:** <br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. <br> If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed. <br> Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of $150.00 per month for 60 months. The plan is enclosed. The hearing on confirmation will be held on: <br> **12/6/23** at **10:00 AM** , Location: **Courtroom #4, 900 Market Street, Philadelphia, PA 19107** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |