**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                :         CHAPTER 13
Dayshawn Dametrie Anslem

   DEBTOR                         :         BKY. NO.  23-12424-amc

**Statement Pursuant to §521 (A) (1) (iv)**

Section §521 (A) (1) (iv) of the Code requires copies of all payment advices or other evidence of payment received within 60 days by the debtor(s) from any employer; however, neither debtor(s) had an employer within that time frame and therefore, neither debtor(s) has any documentation to file pursuant to that section §521 (A) (1) (iv) of the Code

Debtor is unemployed.

                              Respectfully Submitted,

September 28, 2023            /s/ Michael A. Cibik
                              Michael A. Cibik, Esquire
                              CIBIK LAW, P.C.
                              1500 Walnut Street, Suite 900
                              Philadelphia, PA 19102
                              (215) 735-1060