**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Dayshawn Dametri Anslem**<br>　　　　　　　　Debtor<br><br>**PENNYMAC LOAN SERVICES, LLC**<br>　　　　　　　　Movant<br><br>　　　vs.<br><br>**Dayshawn Dametri Anslem**<br>**Scott F. Waterman, Trustee**<br>　　　　　　　　Respondents | **CHAPTER 13**<br><br><br><br><br>**NO.** 23-12424 AMC |

### ORDER

Upon consideration of the Objection to Confirmation of the Chapter 13 Plan filed by PENNYMAC LOAN SERVICES, LLC, it is **Ordered** and **Decreed** that confirmation is **denied**.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Bankruptcy Judge