# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Dayshawn Dametri Anslem**<br>　　　　　　　　　　　**Debtor**<br><br>**PENNYMAC LOAN SERVICES, LLC**<br>　　　　　　　　　　**Movant**<br>　　　**vs.**<br><br>**Dayshawn Dametri Anslem**<br>**Scott F. Waterman, Trustee**<br>　　　　　　　　　**Respondents** | CHAPTER 13<br>BK. NO. 23-12424 AMC |

## CERTIFICATION OF SERVICE

     I, the undersigned, hereby certify that the foregoing Objection to Confirmation was served by first class mail, postage pre-paid, upon the parties listed below on **October 24, 2023**.

Scott F. Waterman, Trustee
2901 St. Lawrence Ave. (VIA ECF)
Suite 100
Reading, PA 19606

Michael A. Cibik2 Esq.
1500 Walnut Street, Suite 900 (VIA ECF)
Philadelphia, PA 19102

Dayshawn Dametri Anslem
7661 Fillmore Street
Philadelphia, PA 19111

Date: October 24, 2023

                                                   By: **/s/Denise Carlon**
                                                           Denise Carlon, Esquire
                                                           KML Law Group, P.C.
                                                           701 Market Street, Suite 5000
                                                           Philadelphia, PA 19106
                                                           215-627-1322
                                                           Attorney for Movant/Applicant