# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE | : BANKRUPTCY NO. 23-12424-AMC |
| DAYSHAWN DAMETRIE ANSLEM | : |
| | : |
| | : |
| Debtor | : |
| | : |
| | : CHAPTER 13 |

## CERTIFICATION OF NO RESPONSE

I, REGINA COHEN, attorney for Movant, hereby certify that no answer or objection or other responsive pleading has been received in regard to the Motion of Financial Services Vehicle Trust for Relief from Automatic Stay. The response date in the above-captioned matter was on or before **October 25, 2023**, which is more than fifteen (15) days from the date of service.

                                    **LAVIN, CEDRONE, GRAVER, BOYD & DiSIPIO**

                                    /s/ Regina Cohen
                                    ―――――――――――――――――
                                    Regina Cohen
                                    Attorney for Movant
                                    Suite 500
                                    190 North Independence Mall West 6th &
                                    Race Streets
                                    Philadelphia, PA 19106
                                    (215) 351-7551

DATED: 10/26/2023