**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| IN RE<br><br>DAYSHAWN DAMETRIE ANSLEM,<br>Debtor<br>~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~<br>FINANCIAL SERVICES VEHICLE TRUST,<br>Movant<br>vs.<br><br>DAYSHAWN DAMETRIE ANSLEM,<br>Respondent(s)<br>and<br><br>SCOTT F. WATERMAN<br>Trustee | CHAPTER 13<br><br>CASE NO.: 23-12424-AMC<br><br><br><br><br>**HEARING DATE:**<br>Wednesday, November 01, 2023<br>11:00 A.M.<br><br><br><br>**LOCATION:**<br>900 Market Street, Suite 400<br>Courtroom No. 4<br>Philadelphia, PA 19107 |

**ORDER**

Upon consideration of the Motion for Relief from Automatic Stay submitted and attached hereto, it is hereby Ordered, Adjudged and Decreed that the Motion is granted.

Movant shall be and is hereby permitted to proceed and continue with an action in vehicle repossession (2022 BMW 4 Series Coupe 2D 430xi AWD 2.0L I4 Turbo, V.I.N. WBA73AP09NCJ71141) and is hereby permitted to levy and sell the vehicle at issue and to pursue its remedies under state law in connection with the loan documents.

It is further Ordered that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

The stay of the Order as provided under Rule 4001 (a)(3), F.R.B.P., is hereby waived.

Date: November 2, 2023

_____
Ashely M. Chan
U.S. BANKRUPTCY JUDGE

Please send copies to:

Dayshawn Dametrie Anslem
7661 Fillmore Street
Philadelphia, PA 19111

MICHAEL A. CIBIK
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

SCOTT F. WATERMAN
2901 St. Lawrence Ave., Suite 100
Reading, PA 19606

U.S. Trustee
United States Trustee
Office of the U.S. Trustee
Robert N.C. Nix Federal Building,
900 Market Street Suite 320
Philadelphia, PA 19107

Regina Cohen
Lavin, Cedrone, Graver, Boyd & DiSipio
Suite 500 190 North Independence Mall West 6th & Race Streets
Philadelphia, PA 19106