eRecorded in Philadelphia PA    Doc Id: 54215853
08/23/2023 03:21 PM    Page 1 of 3    Rec Fee: $221.50
Receipt#: 23-69805
Records Department    Doc Code: A

**Prepared By:**
**Jennifer Zak/NTC, 2100 Alt. 19**
**North, Palm Harbor, FL 34683**
**(800)346-9152**

When Recorded Return To:
PennyMac Loan Services, LLC
C/O Nationwide Title Clearing, LLC
2100 Alt. 19 North
Palm Harbor, FL 34683

## ASSIGNMENT OF MORTGAGE

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR HUNTINGDON VALLEY BANK, ITS SUCCESSORS AND ASSIGNS, (ASSIGNOR), (MERS Address: 11819 Miami St., Suite 100, Omaha, NE 68164; P.O. Box 2026, Flint, MI 48501-2026)** by these presents does convey, grant, assign, transfer and set over the described Mortgage therein together with all liens, and any rights due or to become due thereon to **PENNYMAC LOAN SERVICES, LLC, WHOSE ADDRESS IS 3043 TOWNSGATE ROAD STE 200, WESTLAKE VILLAGE, CA 91361 (800)777-4001, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE).**

Said Mortgage dated 12/29/2021, in the amount of $284,747.00 made by **DAYSHAWN ANSLEM** to **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS MORTGAGEE, AS NOMINEE FOR HUNTINGDON VALLEY BANK, ITS SUCCESSORS AND ASSIGNS** recorded on 02/10/2022, in the Office of the Recorder of Deeds of **PHILADELPHIA** County, in the State of **Pennsylvania**, in **Doc ID 53970302**

SEE ATTACHED EXHIBIT A

Property is more commonly known as: 7661 FILLMORE ST, PHILADELPHIA, PA 19111.

**Dated this 23rd day of August in the year 2023**
**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR HUNTINGDON VALLEY BANK, ITS SUCCESSORS AND ASSIGNS**

By: _/s/ Lauren Astle_
**LAUREN ASTLE**
**VICE PRESIDENT**

All persons whose signatures appear above have qualified authority to sign and have reviewed this document and supporting documentation prior to signing.

STATE OF FLORIDA    COUNTY OF PINELLAS

The foregoing instrument was acknowledged before me by means of [X] physical presence or [ ] online notarization on this 23rd day of August in the year 2023, by Lauren Astle as VICE PRESIDENT of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR HUNTINGDON VALLEY BANK, ITS SUCCESSORS AND ASSIGNS, who, as such VICE PRESIDENT being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

*[signature]*

**JULIE MARTENS**
**COMM EXPIRES: 5/22/2026**

> JULIE MARTENS
> Notary Public - State of Florida
> Commission # HH 243030
> My Comm. Expires May 22, 2026
> Bonded through National Notary Assn.

Assignment of Mortgage from:
**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR HUNTINGDON VALLEY BANK, ITS SUCCESSORS AND ASSIGNS, (ASSIGNOR), (MERS Address: 11819 Miami St., Suite 100, Omaha, NE 68164; P.O. Box 2026, Flint, MI 48501-2026)**
to:
**PENNYMAC LOAN SERVICES, LLC, WHOSE ADDRESS IS 3043 TOWNSGATE ROAD STE 200, WESTLAKE VILLAGE, CA 91361 (800)777-4001, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE)**

Mortgagor: **DAYSHAWN ANSLEM**

All that certain lot or piece of ground situated in
Mortgage Premises: 7661 FILLMORE ST
　　　　　　　　　　PHILADELPHIA, PA 19111
　　　　　　　　　　PHILADELPHIA
(Borough or Township, if stated), Commonwealth of Pennsylvania.
Being more particularly described in said Mortgage.

**Certificate of Residence**

I, **Lauren Astle**, do certify that the precise address of the within named Assignee is:
**PENNYMAC LOAN SERVICES, LLC, WHOSE ADDRESS IS 3043 TOWNSGATE ROAD STE 200, WESTLAKE VILLAGE, CA 91361 (800)777-4001, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE)**

*[signature]*

**LAUREN ASTLE**
**VICE PRESIDENT**

All persons whose signatures appear above have qualified authority to sign and have reviewed this document and supporting documentation prior to signing.

# Exhibit A

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE COUNTY OF PHILADELPHIA, COMMONWEALTH OF PENNSYLVANIA AND IS DESCRIBED AS FOLLOWS:

ALL THAT CERTAIN lot or piece of ground with the buildings and improvements thereon erected, Hereditaments and Appurtenances, SITUATE in the 63rd Ward (formerly part of the 35th Ward) of the City of Philadelphia, and State of Pennsylvania, described according to a Plan and Survey made by Howard LeQuin, Surveyor and Regulator of the 1st District, dated the 7th day of September, A.D. 1956, as follows, to wit.

BEGINNING at a point on the Southeasterly side of Fillmore Street (60 feet wide) at the distance of 766 feet, 2-3/8 inches, North 39 degrees, 49 minutes 41 seconds East along the same from the point of tangent at the Northerly end of the curve to the right having a radius of 100 feet and an arc length of 164 feet, 5-3/4 inches which connects the said Southeasterly side of Fillmore Street with the Northeasterly side of Shelmire Avenue (60 feet wide), the Northeasterly half of the said connecting curve being the Southeasterly curved side of the said Fillmore Street, and the Southeasterly half thereof being the Northeasterly curved side of the said Shelmire Avenue; thence extending from the said beginning point, North 39 degrees, 49 minutes 41 seconds East along the said Southeasterly side of Fillmore Street, 28 feet, 2 inches; thence South 50 degrees, 10 minutes, 19 seconds East at right angles with the said Fillmore Street and passing through the center of the party wall between these premises and the premises adjoining on the Northeast and crossing the Northwesterly side of a certain proposed (12 feet wide) driveway at a point distant 78 feet, 4-/12 inches from the beginning of the course being described, and leading Northeastwardly into Napfle Avenue (60 feet wide) and Southwestwardly into the said Shelmire Avenue and crossing the said proposed (12 feet wide) driveway and extending beyond the same, 92 feet, 2-1/2 inches; thence South 37 degrees, 40 minutes, 53 seconds West, 28 feet, 2-1/4 inches, and thence North 50 degrees, 19 minutes, 19 seconds West recrossing the said proposed (12 feet wide) driveway, the said Northwesterly side thereof being at the distance of 77 feet, 10 inches from the end of the course being described, 93 feet, 3-1/4 inches to and at right angles with the said Southeasterly side of Fillmore Street at the said first mentioned point and place of beginning.

BEING known as 7661 Fillmore Street.

TOGETHER with the free and common use, right, liberty and privilege of the aforesaid driveway, as and for a driveway and passageway at all times hereafter, forever, in common with the owners, tenants and occupiers of the lots of ground bounding thereon and entitled to the use hereof.

BEING the same premises which Lisa C. DiCicco and Angelo L. Monaco, Jr., by Deed dated May 21, 2010, and recorded May 24, 2010, in the Office of the Recorder of Deeds in and for the County of Philadelphia, Pennsylvania, as Instrument No. 52215017, granted and conveyed unto Joan H. Wertz, in fee.

AND THE SAID Joan H. Wertz a/k/a Grace Joan Wertz departed this life on October 7, 2019. leaving a Will dated March 25, 2005, which was probated in the Office of the Register of Wills of Philadelphia County, Pennsylvania, File No. W4740-2019, wherein Robert Lee Wertz was granted Letters Testamentary on November 15, 2019.

BEING the same premises which Robert Lee Wertz, Executor of the Estate of Grace Joan Wertz a/k/a Joan H. Wertz, by Deed dated March 22, 2021, and recorded May 21, 2021, in the Office of the Recorder of Deeds in and for the County of Philadelphia, Pennsylvania, as Instrument No. 53835828, granted and conveyed unto Robert Lee Wertz, an individual, in fee.

This page is only a part of a 2016 ALTA Commitment for Title Insurance. This Commitment is not valid without the Notice; the Commitment to Issue Policy; the Commitment Conditions. Schedule A; Schedule B, Part I – Requirements; and Schedule B, Part II – Exceptions.