**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Dayshawn Dametri Anslem<br>　　　　　　　　　　Debtor(s)<br><br>PENNYMAC LOAN SERVICES, LLC<br>　　　　　　Movant<br>　　vs.<br><br>Dayshawn Dametri Anslem<br>　　　　　　　　　　Debtor(s)<br><br>Scott F. Waterman<br>　　　　　　Trustee | CHAPTER 13<br><br><br><br>NO. 23-12424 AMC<br><br><br><br><br>11 U.S.C. Section 362 |

## **CERTIFICATE OF SERVICE**

　　　　I, Mark A. Cronin, Esq., attorney for Movant, do hereby certify that I caused true and correct copies of the foregoing Motion of PENNYMAC LOAN SERVICES, LLC for Relief From Automatic Stay and NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE to be served on January 19, 2024, by first class mail, and/or electronic means upon those listed below:

Debtor(s)
Dayshawn Dametri Anslem
7661 Fillmore Street
Philadelphia, PA 19111

Attorney for Debtor(s)
Michael A. Cibik2, Esq.
1500 Walnut Street, Suite 900 (VIA ECF)
Philadelphia, PA 19102
**VIA ECF**

Trustee
Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
**VIA ECF**

Office of the US Trustee
United States Trustee
Office of the U.S. Trustee Robert N.C. Nix
Federal Building
900 Market Street Suite 320
Philadelphia, PA 19107

Date: January 19, 2024

　　　　　　　　　　　　　　/s/ Mark A. Cronin
　　　　　　　　　　　　　　Mark A. Cronin, Esquire
　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　Philadelphia, PA 19106-1532
　　　　　　　　　　　　　　Phone: (215) 627-1322 Fax: (215) 627-7734
　　　　　　　　　　　　　　Attorneys for Movant/Applicant