United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                              Case No. 23-12424-amc

Dayshawn Dametrie Anslem                                                                            Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                                     User: admin                                                  Page 1 of 7

Date Rcvd: Jan 24, 2024                                 Form ID: pdf900                                Total Noticed: 98

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Dayshawn Dametrie Anslem, 7661 Fillmore Street, Philadelphia, PA 19111-2414 |
| 14807754 | + | Cibik Law, P.C., 1500 Walnut Street Suite 900, Philadelphia, PA 19102-3518 |
| 14807771 | | Huntingdon Valley Bank, 2617 Huntingdon Valley Pike, Huntingdon Valley, PA 19006 |
| 14816506 | | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14807967 | + | Pennymac Loan Services,LLC, c/o Mark Cronin,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14807782 | + | Philadelphia Co Drs, 34 S 11th St Rm 304, Philadelphia, PA 19107-3623 |
| 14816511 | + | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14823621 | + | Scolopax, LLC, c/o Weinstein & Riley, PS, 1415 Western Avenue, Ste 700, Seattle, WA 98101-2051 |
| 14816522 | | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14819433 | + | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 8227, Cincinnati OH 45208 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 25 2024 08:11:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 25 2024 08:10:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 25 2024 08:16:24 | BMW Financial Services NA, LLC, c/o AIS Portfolio, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 25 2024 08:16:39 | Financial Services Vehicle Trust, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14807744 | + | Email/Text: backoffice@affirm.com | Jan 25 2024 08:11:00 | Affirm, Inc., Attn: Bankruptcy Attn: Bankruptcy, 30 Isabella St , Floor 4, Pittsburgh, PA 15212-5862 |
| 14807746 | + | Email/Text: bsimmons@amsher.com | Jan 25 2024 08:11:00 | AmSher Collection Services, 4524 Southlake Parkway Suite 15, Birmingham, AL 35244-3271 |
| 14807745 | + | Email/Text: broman@amhfcu.org | Jan 25 2024 08:10:00 | American Heritage Federal Credit Union, Attn: Bankruptcy 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 14807747 | | Email/Text: Atlanticus@ebn.phinsolutions.com | Jan 25 2024 08:10:00 | Aspire Credit Card, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 14816472 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Jan 25 2024 08:16:37 | BMW Financial Services, Attn: Bankruptcy, PO Box 3608, Dublin, OH 43016-0306 |
| 14807750 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Jan 25 2024 08:16:40 | BMW Financial Services, Attn: |

Case 23-12424-amc    Doc 47    Filed 01/26/24    Entered 01/27/24 00:33:08    Desc Imaged
                               Certificate of Notice    Page 2 of 8

| District/off: 0313-2 | User: admin | Page 2 of 7 |
|---|---|---|
| Date Rcvd: Jan 24, 2024 | Form ID: pdf900 | Total Noticed: 98 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Bankruptcy/Correspondence, PO Box 3608, Dublin, OH 43016-0306 |
| 14817666 | + | Email/PDF: acg.bmw.ebn@aisinfo.com | Jan 25 2024 08:27:33 | BMW Financial Services, Attn: Customer Accounting, 1400 City View Drive, Columbus OH 43215-1477 |
| 14807316 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 25 2024 08:27:16 | BMW Financial Services NA, LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14807488 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 25 2024 08:16:37 | BMW Financial Services NA, LLC Department, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14817594 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 25 2024 08:16:58 | BMW Financial Services NA, LLC c/o AIS Portfolio S, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14807748 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 25 2024 08:10:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14807749 | | Email/Text: BarclaysBankDelaware@tsico.com | Jan 25 2024 08:10:00 | Barclays, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 14807753 | | Email/Text: BKPT@cfna.com | Jan 25 2024 08:10:00 | CFNA/Credit First Natl Assoc, Attn: Bankruptcy, PO Box 81315, Cleveland, OH 44181-0315 |
| 14826377 | | Email/Text: megan.harper@phila.gov | Jan 25 2024 08:10:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14816480 | | Email/Text: megan.harper@phila.gov | Jan 25 2024 08:10:00 | City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd 5th Floor, Philadelphia, PA 19102-1640 |
| 14816993 | | Email/Text: cfcbackoffice@contfinco.com | Jan 25 2024 08:10:00 | Continental Finance Co., Attn: Bky, PO Box 8099, Newark, DE 19714-8099 |
| 14807764 | | Email/Text: cfcbackoffice@contfinco.com | Jan 25 2024 08:10:00 | Continental Finance Company, Attn: Bankruptcy, PO Box 8099, Newark, DE 19714-8099 |
| 14817989 | | Email/Text: BKPT@cfna.com | Jan 25 2024 08:10:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND,OH 44181-8011 |
| 14807751 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 25 2024 08:16:40 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14807752 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 25 2024 08:27:11 | Capital One/Walmart, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14807755 | + | Email/Text: bankruptcycollections@citadelbanking.com | Jan 25 2024 08:11:00 | Citadel FCU, Attn: Bankruptcy 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14807756 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 25 2024 08:16:38 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bky, PO Box 790040, St Louis, MO 63179-0040 |
| 14810785 | | Email/Text: bnc-quantum@quantum3group.com | Jan 25 2024 08:10:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 14816481 | | Email/Text: bankruptcy@philapark.org | Jan 25 2024 08:11:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14807758 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 25 2024 08:10:00 | Comenity Bank/Express, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14807759 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 25 2024 08:10:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14807760 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 25 2024 08:10:00 | Comenity Bank/Zales, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14807761 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 25 2024 08:10:00 | Comenity/BBBaby, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 14807762 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 25 2024 08:10:00 | | Comenity/Carter, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14807763 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 25 2024 08:10:00 | | Comenity/MPRC, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14807765 | + | Email/PDF: creditonebknotifications@resurgent.com Jan 25 2024 08:16:58 | | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14807767 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 25 2024 08:16:58 | Dsnb Bloomingdales, Attn: Recovery 'Bk', PO Box 9111, Mason, OH 45040 |
| 14807773 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 25 2024 08:27:46 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14816994 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 25 2024 08:16:58 | Macys/fdsb, Attn: Bky., 9111 Duke Blvd., Mason, OH 45040 |
| 14814905 | | Email/Text: mrdiscen@discover.com | Jan 25 2024 08:10:00 | Discover Bank, P.O. Box 3025, New Albany, Oh 43054-3025 |
| 14807766 | + | Email/Text: mrdiscen@discover.com | Jan 25 2024 08:10:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 14807768 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jan 25 2024 08:10:00 | Fortiva, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 14807769 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jan 25 2024 08:11:00 | Genesis FS Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 14807770 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com Jan 25 2024 08:10:00 | | Goldman Sachs Bank USA, Attn: Bankruptcy, PO Box 70379, Philadelphia, PA 19176-0379 |
| 14816496 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 25 2024 08:10:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14824015 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 25 2024 08:10:00 | Jefferson Capital Systems LLC, PO Box 7999, St Cloud MN 56302-9617 |
| 14824140 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 25 2024 08:10:00 | Jefferson Capital Systems LLC, PO Box 772813, Chicago IL 60677-2813 |
| 14815992 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 25 2024 08:16:38 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14807772 | ^ | MEBN | Jan 25 2024 08:02:02 | Lendmark Financial Services, Attn: Bankruptcy Attn: Bankruptcy, 1735 North Brown Rd , Ste 300, Lawrenceville, OH 30043-8228 |
| 14807774 | + | Email/Text: bankruptcy@marinerfinance.com | Jan 25 2024 08:10:00 | Mariner Finance, Attn: Bankruptcy 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14807775 | + | Email/Text: M74banko@mercedes-benz.com | Jan 25 2024 08:10:00 | Mercedes - Benz Financial Services, Attn: Bankruptcy, P.O. Box 685, Roanoke, TX 76262-0685 |
| 14807776 | | Email/Text: NissanBKNotices@nationalbankruptcy.com Jan 25 2024 08:10:00 | | Nissan Motor Acceptance Corp/Infiniti, Attn: Bankruptcy, PO Box 660360, Dallas, TX 75266-0360 |
| 14807777 | | Email/PDF: cbp@omf.com | Jan 25 2024 08:16:52 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14816504 | | Email/Text: fesbank@attorneygeneral.gov | Jan 25 2024 08:10:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 14807851 | ^ | MEBN | Jan 25 2024 08:02:09 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14807781 | ^ | MEBN | Jan 25 2024 08:01:57 | PGW, Legal, 800 W. Montgomery Avenue Dept. 4th Floor, Philadelphia, PA 19122-2806 |
| 14824132 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 25 2024 08:27:16 | | Portfolio Recovery Associates, LLC, POB 12914, |

Case 23-12424-amc    Doc 47    Filed 01/26/24    Entered 01/27/24 00:33:08    Desc Imaged
Certificate of Notice    Page 4 of 8

| District/off: 0313-2 | User: admin | Page 4 of 7 |
|---|---|---|
| Date Rcvd: Jan 24, 2024 | Form ID: pdf900 | Total Noticed: 98 |

| | | | |
|---|---|---|---|
| 14824007 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | Norfolk VA 23541 |
| | | Jan 25 2024 08:16:24 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14807778 | + Email/Text: bankruptcygroup@peco-energy.com | Jan 25 2024 08:10:00 | Peco Energy, 2301 Market St N 3-1, Philadelphia, PA 19103-1380 |
| 14816505 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 25 2024 08:10:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14816507 | Email/PDF: ebnotices@pnmac.com | Jan 25 2024 08:16:38 | PennyMac Loan Services, LLC, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14815820 | + Email/PDF: ebnotices@pnmac.com | Jan 25 2024 08:16:55 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14807780 | + Email/Text: bankruptcy@petalcard.com | Jan 25 2024 08:10:51 | Petal Card Inc, Attn: Bankruptcy, MSC _ 166931 PO Box 105168, Atlanta, GA 30348-5168 |
| 14816512 | + Email/Text: bankruptcy@philapark.org | Jan 25 2024 08:11:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1540 |
| 14822513 | Email/Text: bnc-quantum@quantum3group.com | Jan 25 2024 08:10:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14807783 | Email/Text: bankruptcy@sunbit.com | Jan 25 2024 08:10:00 | Sunbit, Attn: Bankruptcy 10880 Wilshire Blv Suit, Los Angeles, CA 90024 |
| 14816995 | Email/Text: bankruptcy@sunbit.com | Jan 25 2024 08:10:00 | Sunbit, Attn: Bky, 10880 Wilshire Blvd., Ste. 870, Los Angeles, CA 90024 |
| 14824027 | Email/Text: bncmail@w-legal.com | Jan 25 2024 08:10:00 | Scolopax, LLC, c/o Weinstein & Riley, PS, P.O. BOX 3978, Seattle, WA 981243978 |
| 14807784 | + Email/Text: bankruptcy@sunrisecreditservices.com | Jan 25 2024 08:10:00 | Sunrise Credit Services, Inc., Attn: Bankruptcy 260 Airport Plaza, Farmingdale, NY 11735-3946 |
| 14807785 | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 25 2024 08:16:58 | Syncb/car Care Pep B, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14823287 | + Email/PDF: ebn_ais@aisinfo.com | Jan 25 2024 08:16:55 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14807786 | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 25 2024 08:27:47 | Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965064, Orlando, FL 32896-5064 |
| 14823454 | Email/PDF: ebn_ais@aisinfo.com | Jan 25 2024 08:16:38 | Synchrony Bank by AIS InfoSource LP as agent, PO Box 4457, Houston TX 77210-4457 |
| 14807787 | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 25 2024 08:16:24 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14807788 | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 25 2024 08:27:47 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5060 |
| 14807789 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jan 25 2024 08:16:27 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14808613 | + Email/PDF: ebn_ais@aisinfo.com | Jan 25 2024 08:16:55 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14807790 | + Email/Text: bncmail@w-legal.com | Jan 25 2024 08:10:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14821025 | + Email/Text: bankruptcy@bbandt.com | Jan 25 2024 08:10:00 | Truist Bank, Attn: Support Services, PO BOX 85041, Richmond, VA 23285-5041 |
| 14820766 | + Email/Text: bankruptcy@bbandt.com | Jan 25 2024 08:10:00 | Truist Bank, Attn: Support Services, PO BOX 85092, Richmond, VA 23285-5092 |

Case 23-12424-amc    Doc 47    Filed 01/26/24    Entered 01/27/24 00:33:08    Desc Imaged
Certificate of Notice    Page 5 of 8

| District/off: 0313-2 | User: admin | Page 5 of 7 |
|---|---|---|
| Date Rcvd: Jan 24, 2024 | Form ID: pdf900 | Total Noticed: 98 |

| 14807791 | + | Email/Text: dbogucki@trumark.org | | |
|---|---|---|---|---|
| | | | Jan 25 2024 08:11:00 | Trumark Financial Credit Union, Attn: Bankruptcy, 335 Commerce Dr, Fort Washington, PA 19034-2701 |
| 14819089 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | | |
| | | | Jan 25 2024 08:10:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 14807792 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | | |
| | | | Jan 25 2024 08:10:00 | U.S. Bankcorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 14816524 | ^ | MEBN | | |
| | | | Jan 25 2024 08:02:04 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14816997 | | Email/Text: bankruptcies@uplift.com | | |
| | | | Jan 25 2024 08:10:00 | Uplift Inc., Attn: Bky., 440 N. Wolfe Rd., Sunnyvale, CA 94085 |
| 14807793 | | Email/Text: bankruptcies@uplift.com | | |
| | | | Jan 25 2024 08:10:00 | Uplift, Inc., Attn: Bankruptcy, 440 N Wolfe Rd, Sunnyvale, CA 94085 |
| 14807019 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | | |
| | | | Jan 25 2024 08:16:36 | U.S. Department of Housing and Urban Development, 100 Penn Square East, Philadelphia, PA 19107 |
| 14821629 | + | Email/PDF: ebn_ais@aisinfo.com | | |
| | | | Jan 25 2024 08:16:24 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14822168 | | Email/PDF: ebn_ais@aisinfo.com | | |
| | | | Jan 25 2024 08:16:55 | Verizon by American InfoSource as agent, PO Box 4457, Houston TX 77210-4457 |

TOTAL: 88

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14816992 | | Citibank/The Home Depot, Dept. St. Louis, Citicorp Credit Srvs, PO Box 790034, Centralized BkM063179 |
| 14807757 | | Citibank/The Home Depot, dept, St Louis,, Citicorp Credit Srvs/, PO Box 790034, Centralized BkMO63179 |
| 14816479 | | Citibank/The Home Depot, dept, St Louis,, Citicorp Credit Srvs/, PO Box 790034, Centralized BkMO63179 |
| 14807779 | | PennyMac Loan Services, LLC, Unit, Los Angeles,, Attn:, PO Box 514387, CorrespondenceCA90051 |
| 14816466 | *+ | Affirm, Inc., Attn: Bankruptcy Attn: Bankruptcy, 30 Isabella St , Floor 4, Pittsburgh, PA 15212-5862 |
| 14816468 | *+ | AmSher Collection Services, 4524 Southlake Parkway Suite 15, Birmingham, AL 35244-3271 |
| 14816467 | *+ | American Heritage Federal Credit Union, Attn: Bankruptcy 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 14816469 | * | Aspire Credit Card, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 14816470 | *+ | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14816471 | * | Barclays, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 14816475 | * | CFNA/Credit First Natl Assoc, Attn: Bankruptcy, PO Box 81315, Cleveland, OH 44181-0315 |
| 14816488 | *P++ | CONTINENTAL FINANCE COMPANY, PO BOX 3220, BUFFALO NY 14240-3220, address filed with court:, Continental Finance Company, Attn: Bankruptcy, PO Box 8099, Newark, DE 19714-8099 |
| 14816473 | *+ | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14816474 | * | Capital One/Walmart, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14816476 | *+ | Cibik Law, P.C., 1500 Walnut Street Suite 900, Philadelphia, PA 19102-3518 |
| 14816477 | *+ | Citadel FCU, Attn: Bankruptcy 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14816478 | *+ | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bky, PO Box 790040, St Louis, MO 63179-0040 |
| 14816482 | *+ | Comenity Bank/Express, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14816483 | *+ | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14816484 | *+ | Comenity Bank/Zales, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14816485 | *+ | Comenity/BBBaby, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14816486 | *+ | Comenity/Carter, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14816487 | *+ | Comenity/MPRC, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14816489 | *+ | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14816491 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Dsnb Bloomingdales, Attn: Recovery 'Bk', PO Box 9111, Mason, OH 45040 |
| 14816498 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14816490 | *+ | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 14816492 | *+ | Fortiva, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |

Case 23-12424-amc    Doc 47    Filed 01/26/24    Entered 01/27/24 00:33:08    Desc Imaged
Certificate of Notice    Page 6 of 8

| District/off: 0313-2 | User: admin | Page 6 of 7 |
|---|---|---|
| Date Rcvd: Jan 24, 2024 | Form ID: pdf900 | Total Noticed: 98 |

| | | |
|---|---|---|
| 14816493 | *+ | Genesis FS Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 14816494 | *+ | Goldman Sachs Bank USA, Attn: Bankruptcy, PO Box 70379, Philadelphia, PA 19176-0379 |
| 14816495 | * | Huntingdon Valley Bank, 2617 Huntingdon Valley Pike, Huntingdon Valley, PA 19006 |
| 14816497 | *+ | Lendmark Financial Services, Attn: Bankruptcy Attn: Bankruptcy, 1735 North Brown Rd , Ste 300, Lawrenceville, OH 30043-8228 |
| 14816499 | *+ | Mariner Finance, Attn: Bankruptcy 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14816500 | *+ | Mercedes - Benz Financial Services, Attn: Bankruptcy, P.O. Box 685, Roanoke, TX 76262-0685 |
| 14816501 | * | Nissan Motor Acceptance Corp/Infiniti, Attn: Bankruptcy, PO Box 660360, Dallas, TX 75266-0360 |
| 14816502 | * | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14816509 | *+ | PGW, Legal, 800 W. Montgomery Avenue Dept. 4th Floor, Philadelphia, PA 19122-2806 |
| 14816503 | *+ | Peco Energy, 2301 Market St N 3-1, Philadelphia, PA 19103-1380 |
| 14816508 | *+ | Petal Card Inc, Attn: Bankruptcy, MSC _ 166931 PO Box 105168, Atlanta, GA 30348-5168 |
| 14816510 | *+ | Philadelphia Co Drs, 34 S 11th St Rm 304, Philadelphia, PA 19107-3623 |
| 14816513 | *P++ | SUNBIT INC, ATTN LEGAL AND COMPLIANCE, PO BOX 24010, LOS ANGELES CA 90024-0010, address filed with court:, Sunbit, Attn: Bankruptcy 10880 Wilshire Blv Suit, Los Angeles, CA 90024 |
| 14816514 | *+ | Sunrise Credit Services, Inc., Attn: Bankruptcy 260 Airport Plaza, Farmingdale, NY 11735-3946 |
| 14816515 | * | Syncb/car Care Pep B, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14816516 | * | Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965064, Orlando, FL 32896-5064 |
| 14816517 | * | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14816518 | * | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5060 |
| 14816519 | *+ | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14816520 | *+ | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14816521 | *+ | Trumark Financial Credit Union, Attn: Bankruptcy, 335 Commerce Dr, Fort Washington, PA 19034-2701 |
| 14816523 | * | U.S. Bankcorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 14816525 | *P++ | UPLIFT INC, 5301 KIETZKE LN STE 200, RENO NV 89511-2083, address filed with court:, Uplift, Inc., Attn: Bankruptcy, 440 N Wolfe Rd, Sunnyvale, CA 94085 |

TOTAL: 4 Undeliverable, 47 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2024         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2024 at the address(es) listed below:

**Name**  **Email Address**

DENISE ELIZABETH CARLON
on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com

MARK A. CRONIN
on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com

MICHAEL A. CIBIK
on behalf of Debtor Dayshawn Dametrie Anslem mail@cibiklaw.com
cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@kramerica.enterprises;ecf@michaelscottpaper.co;ecf@nalabean.gg

REGINA COHEN
on behalf of Creditor Financial Services Vehicle Trust rcohen@lavin-law.com  mmalone@lavin-law.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                           :        Chapter 13

   DAYSHAWN DAMETRIE
   ANSLEM

              Debtor(s)                          :        Bky. No.  23-12424-amc

### ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

   **AND NOW**, upon consideration of the Motion to Dismiss Case filed by Scott F. Waterman, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor(s) shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within **twenty (20) days** of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in Paragraph 5 above, Counsel for the Debtor(s) shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Dated:   Jan. 24, 2024

_____
**ASHELY M. CHAN**
**U.S. BANKRUPTCY JUDGE**